AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| James Yerdon | ) | Case No. 5:25-mj-00147 (TWD) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s)** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 13, 2025 in the county of Jefferson in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., § 2252A(a)(5)(B) | Possession of Child Pornography. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒     Continued on the attached sheet.

*Cory R Shepard*
_____
*Complainant's signature*

Cory Shepard, HSI Task Force Officer
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: May 13, 2025
_____
*Judge's signature*

City and State:     Syracuse, New York

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Cory Shepard, being duly sworn, hereby state as follows:

## I.    INTRODUCTION

1.    I am a Customs and Border Protection Officer (CBPO) with the U.S. Department of Homeland Security (DHS), Customs and Border Protection (CBP), and as such I am empowered by law to investigate and make arrest for offenses enumerated in Title 18, United States Code, Section 2252A.

2.    I have been employed as a Task Force Officer (TFO) since November 2020 and I am currently assigned to the Homeland Security Investigation (HSI) Task Force Resident Agent Office in Alexandria Bay, New York.  While assigned to HSI, I have been responsible for enforcing customs laws, immigration laws and federal criminal statutes of the United States.  My responsibilities as a TFO with HSI include, but are not limited to, conducting investigations, executing arrest warrants, executing search warrants, collecting evidence, and interviewing witnesses.  I have been a TFO for approximately four and one-half years and have investigated and/or participated in investigations of child pornography, narcotics, smuggling, and immigration-related cases.  My duties include the enforcement of federal criminal statutes involving the sexual exploitation of children, as codified in Title 18, United States Code, Sections 2251 through 2259.  I have participated in searches of premises and assisted in gathering evidence by means of a search warrant.  I have received training in the area of the importation and distribution of child pornography and have had the opportunity to observe and review numerous examples of child pornography in many forms, including video and computer media.

3.    My duties include the enforcement of federal criminal statutes involving the exploitation of children as codified in Title 18, United States Code, Sections 2251-2259. I have received training in the importation and distribution of child pornography and have had the

opportunity to observe and review numerous examples of child pornography in many forms of media, including video and computer media.

4.     This affidavit is made in support of an application for a criminal complaint charging James YERDON with a violation of Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography).

5.     The statements contained in this affidavit are based upon my investigation and information provided to me by other agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant has violated Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography).

## II.     THE INVESTIGATION AND PROBABLE CAUSE

6.     In May of 2025, New York State Police ("NYSP") received a walk in complaint regarding disclosures that were made by a 13-year-old victim ("V-1"). As outlined further below, the complaint involved the grooming of V-1 by James YERDON over a period of time leading to a sexual assault that took place at a hotel in Albany, NY, where V-1 stayed with YERDON.

7.     The initial complaint was made by the father of V-1 and was based on information V-1 disclosed to him. The information V-1 provided to V-1's father included that during a trip to the Albany, NY area in January of 2025, V-1 stayed with YERDON in a hotel room. According to V-1, YERDON had brought a bag of sex toys with him on the trip. The bag included condoms, lubrication, a penis stroker, anal plugs, vibrating ring, and a stimulation device.

8.     As part of the investigation, NYSP conducted a forensic interview of V-1 who stated that YERDON had shown him child pornography on at least one electronic device during the trip prior to YERDON engaging in sexual activity with V-1. V-1 further stated that there was a duffle

2

bag of sex toys that YERDON brought to the hotel and that YERDON brought condoms, but they were not used. V-1 also stated that YERDON used a green ring vibrator that he put on V-1's penis and YERDON showed V-1 how to use it. V-1 also stated that YERDON got naked and laid next to V-1 while YERDON used a penis stroker. V-1 also stated that YERDON then put lube inside the penis stroker and slid it onto V-1's penis. V-1 also stated that YERDON showed V-1 anal plugs that YERDON had brought with him and instructed V-1 on how to use them and demonstrated their use on V-1. After this both YERDON and V-1 took showers separately and went to bed.

9.      YERDON is a neighbor of V-1 and V-1's father, and according to law enforcement databases, was previously convicted in October of 2004 of Promoting an Obscene Sexual Performance by a Child, in violation of New York Penal Law § 263.10.

10.     Based on the information above, NYSP in Watertown, NY applied for a search warrant that authorized the search of YERDON's residence in Adams Center, New York and for various electronic devices found during that search. The warrant also authorized forensic examination of any such devices. The warrant was sworn out in front of Jefferson County Supreme Court Judge James McClusky who approved and signed the warrant on May 12, 2025.

11.     On the morning of May 13, 2025, members of NYSP along with your affiant executed the search warrant. During the execution of the warrant YERDON was encountered within the residence.

12.     During the search of the residence multiple electronic devices belonging to YERDON were found and seized, including a Motorola cell phone, model XT2415V, with serial number ZY22KCWDG5, which was manufactured outside the State of New York.

13.     During an initial forensic examination of the Motorola XT2415V, which was unlocked using a passcode provided by YERDON, multiple images and videos of child pornography were found including:

a.  An image named "5 month old fucked" which is a collage of photos that depict the same male minor child, approximately 5 months old. As a part of the collage, the minor child's genitals are exposed, and an adult male can be seen attempting to insert his penis into the child's anus.

b.  A video named "BDSM boy with anal plug and lead" which is a video file approximately 21 seconds in length. In the video a minor male child, approximately four to six years of age, is crawling on the floor with an anal plug inserted into his anus. The child also has a collar and leash on and an adult male is walking the child around.

## III.  CONCLUSION

14.  Based on the above information, there is probable cause to believe that James YERDON has violated Title 18, United States Code, Sections 2252A(a)(5)(B) (possession of child pornography).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

_Cory R Shepard_

Cory Shepard, Task Force Officer
Homeland Security Investigations

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on May 13, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Thérèse Wiley Dancks
United States Magistrate Judge

4